**Order entered October 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00692-CV

### IN THE INTEREST OF N. L. T., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-10316**

## ORDER

Before the Court is the State's October 8, 2013 motion to extend time to file brief. In the

motion, the State requests a thirty day extension. The State's motion is **GRANTED** to the extent

that the State's brief shall be filed on or before October 28, 2013.

/s/     ELIZABETH LANG-MIERS
JUSTICE